**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NELSON MORALES GARROTE,

Petitioner,

v. No. 2:26-cv-02334-MLG-GBW

MARY DE ANDA-YBARRA,
Field Office Director, El Paso Field Office,
U.S. Immigration and Customs Enforcement; et al.,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Petitioner Nelson Morales Garrote's Petition for Writ of Habeas Corpus ("Petition"). Doc. 1. The Court, having considered the Petition, and having held a hearing on August 26, 2026, and being otherwise fully informed, finds that it is not well taken.

For the reasons stated on the record during the August 26, 2026 hearing, the Court denies the Petition on the following grounds:

1) The Court recognizes the Immigration Judge's ("IJ") alternative finding made during the March 27, 2026 hearing that Petitioner failed to meet his burden of establishing he was not a public safety risk. *See* Doc. 6-2. The Court lacks jurisdiction to set aside the IJ's alternative finding regarding the denial of bond or parole. 8 U.S.C. § 1226(e);
2) Petitioner is subject to mandatory detention pursuant to § 1226(c) due to his arrest and charge for larceny or "felony grand theft." Doc. 6-1; Doc. 6-2 at 1 (citation modified); and

3) Petitioner failed to demonstrate that the alleged violation of his Fourth Amendment rights during his arrest for possession of cocaine are within the purview of the Court on a 28 U.S.C. § 2241 petition. *See* Doc. 6-1.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA